# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANTWAN KHALE HEYWARD, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-143 |
| v. | * | |
| WARDEN JEFFRY FIKES, | * | |
| Respondent. | * | |

**ORDER**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Petitioner Antwan Heyward ("Heyward") did not file Objections to this Report and Recommendation.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **GRANTS** Respondent's Motion to Dismiss, **DENIES** Heyward's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Heyward in forma pauperis

AO 72A
(Rev. 8/82)

status on appeal.

**SO ORDERED**, this ___19___ day of ___July___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA